# EXHIBIT A

**CREDIT COUNSEL, INC.**
1400 NE Miami Gardens Drive, Suite 216
Miami, FL 33179
**From the Desk of Corporate Counsel
Attorney Kris Gordon Crawford, Esq.**

HAYES, ALISHA

05/01/17

```
Claim of    : CONCENTRA MEDICAL CENTERS - GA
Balance Due:      3,284.42
```

NOTICE OF LEGAL CLAIM

Apparently you have chosen to ignore your obligation to my client Credit Counsel Inc. This letter informs you that unless full payment is made directly to Credit Counsel Incorporated within ten (10) working days after the date of this letter, my client may choose to proceed with legal action against you or refer the account to an attorney in your jurisdiction for immediate action.

It is my client's intention to exercise any and all rights provided for enforcement of judgments.

Credit Counsel, Inc. shall proceed with such action immediately when directed to do so by our client. It is urgent that you pay the balance in full within ten (10) days after the date of receiving this letter.

You should immediately contact the manager at:

Tel. 305-940-6562

017

Very truly yours,

Kris Gordon Crawford, Esq.
Corporate Counsel Attorney

Credit Counsel, Inc. is a debt collector and this is an attempt to collect a debt. Any information from you will be used for the purpose of collecting this debt.